1

This document is not available for review electronically.
It is available for review at the courthouse.
See W.D. Mich. LCivR 5.7(d)(ii)

**Hospital Surveillance footage, attached as Exhibit 1 to this response**.

There are two discs attached, one with an execution file containing proprietary software and the other with the actual video footage. In order to play the videos, the proprietary software must first be installed on a computer. After the software is installed, the videos on the second CD can be viewed.

