UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GORDA DUNIGAN, as Personal
Representative for the ESTATE OF JAMES
DUNIGAN, Deceased,

       Plaintiff,

v

BRONSON METHODIST HOSPITAL

       Defendant.

CASE NO. 1:16-CV-01324

MAG. JUDGE ELLEN S. CARMODY

---

| James J. Harrington, IV P65351 | John C. O'Loughlin P33343 |
|---|---|
| FIEGER, FIEGER, KENNEY & HARRINGTON, PC | SMITH HAUGHEY RICE & ROEGGE |
| 19390 West 10 Mile Road | Attorney for Defendant |
| Southfield, MI 48075 | 100 Monroe Center NW |
| (248) 355-5555 | Grand Rapids, MI 49503-2802 |
| | 616-774-8000 |

---

### DEFENDANT'S RULE 26(a)(2)(A) EXPERT DISCLOSURES

NOW COMES Defendant, BRONSON METHODIST HOSPITAL, by and through its attorneys, SMITH HAUGHEY RICE & ROEGGE, and for Defendant's Rule 26(a)(2)(A) Expert Disclosures, hereby state as follows:

1.   Name:                   Daniel Richardson, M.D.

      Address:           26508 Mandalay Ct.
                            Novi, MI 48374

      Area of Expertise:      Daniel Richardson, M.D. is an expert in emergency medicine. His CV is attached to these disclosures as Exhibit A.

      Dr. Richardson will opine that Mr. Dunigan received appropriate care while a patient in the Bronson Methodist Hospital emergency department. He will further testify that Mr. Dunigan was appropriately screened for the presence of any emergency medical conditions, and, after determining there were none, was properly discharged.

\*\*\*

2.    Name:    Steven Cohle, Ph.D.

    Address:    1840 Wealthy Street, SE
Grand Rapids, MI 49506

    Area of Expertise:    Dr. Cohle is an expert in anatomic and clinical pathology and forensic pathology, and his CV is attached to these disclosures as Exhibit B.

    Dr. Cohle will opine as to his assessment of the findings documented in the May 7, 2016 Postmortem Examination Report, authored by Elizabeth A. Douglas, M.D.

\*\*\*

3.    Name:    Daniel West, M.D.

    Address:    1212 E. Sherman Boulevard,
Muskegon, MI 49444

    Area of Expertise:    Daniel West, M.D. is an expert cardiologist, and his CV is attached to these disclosures as Exhibit C.

    Dr. West will opine as to Mr. Dunigan's pertinent medical history and overall health from a cardiology perspective.

SHRR\4075736.v1

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

\*\*\*

 4. Name: Michael Eichenhorn, M.D.

   Address: 2799 West Grand Boulevard
        Detroit, MI 48202

   Area of Expertise: Michael Eichenhorn, M.D. is an expert in pulmonary / critical care medicine, and his CV is attached to these disclosures as Exhibit D.

        Dr. Eichenhorn will opine as to Mr. Dunigan's medical history and overall health from a pulmonology perspective. Dr. Eichenhorn will also discuss Mr. Dunigan's health on May 6, 2016 at Bronson Hospital.

\*\*\*

 5. Name: Richard Commissaris, Ph.D.

   Address: 10230 Tennyson
        Plymouth, MI 48170

   Area of Expertise: Richard Commissaris, Ph.D. is an expert in toxicology, and his CV is attached to these disclosures as Exhibit E. Dr. Commissaris will testify as to the results of the May 7, 2016 toxicology examination, and opine as to the effects the substances found on the toxicology examination may have on the body.

\*\*\*

6. Defendant expects other treating health care providers of plaintiff's decedent, James Dunigan, (including, but not limited to, those listed on Defendants' Rule 26(a)(1)(A) Disclosure), to the extent they are qualified to render expert testimony, to testify about the care and treatment rendered to plaintiff and her infant as demonstrated by the medical records.

7. Any witnesses disclosed by plaintiff.

8. Any necessary rebuttal witnesses.

Defendant reserves the right to add expert witnesses and/or amend the above disclosure as deemed necessary throughout the course of discovery. Further, in the event plaintiff amends her complaint, Defendant reserves the right to add additional expert witnesses.

DATED: June 15, 2017

/s/ John C. O'Loughlin
John C. O'Loughlin P33343
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Defendant
100 Monroe Center NW
Grand Rapids, MI 49503-2802
616-774-8000