# EXHIBIT A

# Daniel S. Richardson, M.D.

## PERSONAL INFORMATION

Date of Birth:              4-6-63

Place of Birth:             Flint, MI

Citizenship:                United States of America

Home Address:               26508 Mandalay Ct
                            Novi, MI 48374

Home Telephone:             (248) 679-8840

Home e-mail:                drichardson4@twmi.rr.com
Work e-mail:                dsrichardson@beaumont.edu

Professional Address:       Department of Emergency
                            William Beaumont Hospital
                            3601 West 13 Mile Road
                            Royal Oak, MI  48073

WBH Office Telephone:       (248) 898-2768
WBH Spectra-link            (248) 898-7905
Cell phone:                 (248) 819-6802
Office Fax WBH:             (248) 551-2017

## PRESENT ACADEMIC RANK AND POSITION

Clinical Assistant Professor Department of Emergency Medicine Oakland

University William Beaumont School of Medicine 2011-Present
Adjunct Physician Instructor University of Michigan 2011-Present
Emergency Physician, Department of Emergency Medicine, William Beaumont Hospital Systems, Royal Oak, MI 48037, 1990-Present

Geriatric Emergency Medicine Fellowship Program Director
Department of Emergency Medicine
William Beaumont Hospital
Royal Oak, MI 48037
1999-present

Director of Emergency Department PICC Line Service
Department of Emergency Medicine
William Beaumont Hospital
Royal Oak, MI 48037
2007- Present

Member of Emergency Department Quality Assurance Committee
2007-2009
Department of Emergency Medicine
William Beaumont Hospital
Royal Oak, MI 48037

## EDUCATION

College:          Michigan State University, Bachelor of Science 6/1985

Medical School:   Wayne State University, Doctor of Medicine 6/1990

Residency:        William Beaumont Hospital, Emergency Medicine, 6/1993

Fellowship:       William Beaumont Hospital, Geriatric Medicine, 1998

## BOARD CERTIFICATION

American Board of Emergency Medicine     Number  930365     6/2/94

Re-certification 2004-2014


## MEDICAL LICENSURE

Michigan Board of Medicine              Number  4301056123
Exp. 01/31/2011

Florida Board of Medicine               AC#  2737736
Exp. 01/31/2010


## HONORS AND AWARDS

Graduated Magna Cum Laude, Michigan State University  6/1985

Phi Kappa Phi Honor Society Michigan State University  6/1984

Alpha Omega Alpha Honor Society Wayne State University School of Medicine 6/1989

Chief Resident William Beaumont Hospital Department of Emergency Medicine  7/1992 - 6/1993

Winner of the Lawrence Schwartz, M.D. Faculty Devotion Award  2000

Nominated as Hour Magazine Top Doc in Emergency Medicine 2010


## INSTITUTIONAL, DEPARTMENTAL, DIVISIONAL

## ADMINISTRATIVE RESPONSIBILITIES

Development of Geriatric Emergency Medicine Fellowship

Director Geriatric Emergency Medicine Fellowship

Develop Geriatric triage protocols

Lecture on Geriatric Emergency Medicine Topics

Development of Advanced Triage Protocols

Elected member of EC reimbursement committee

Director of ED PICC line service  2007-present

Medical Director of Res Q Jets Air Ambulance 2006-2009

Member of Emergency Department Quality Assurance Committee

Member of Air Medical Physicians Association 2007-2009


## PUBLICATIONS AND RESEARCH

Medical Alumni Student Research Fellowship 1987.  Sponsor: Dr. J.A. Mitchell Ph.D.  Project title:  AEffects of Alcohol on the Decidualization Reaction of a Rat Uterus.


The RANTTAS Investigators. A Randomized Trial of Tirilazad Mesylate in Patients with Acute Stroke (RANTTAS). Stroke. 27 (9): 1453-1458, 1996.

Reliability of Oral and Rectal Temperature Measurement in the Elderly. Richardson, et al. Unpublished.

The Utilization and Effectiveness of an Emergency Department Observation Unit for Geriatric Patients. Ross, et al. Unpublished.

Case Report: "Lethargy and Mental Status Changes in a 94 year old Man" Felice, Richardson 2010 Medscape/WebMD

## PRESENTATIONS

Annual CPC Competition Discussant, Society for Academic Emergency Medicine Annual Assembly. Atlanta, Georgia 2001

Member of Panel Discussing Innovations in Geriatric Emergency Medicine at SAEM Atlanta, Georgia 2001

Poster presentation, Reliability of Oral and Rectal Temperature Measurement in the Elderly, American College of Emergency Physicians. Seattle, Washington 2002.

Lecturer at "The Challenges of Aging" conference February 22, 2013

## Grants

Michigan Department of Community Health for Fall Injury Prevention Study

Co-PI for Chief Resident Immersion Training (CRIT) 2013-2014