

BMH TRAUMA & ED
601 John St
Kalamazoo MI 49007-5431

DUNIGAN,JAMES RONALD
MRN: 0002465276
DOB: 3/24/1959, Sex: M
Adm: 5/6/2016, D/C: 5/6/2016

## ED Notes (continued)

### ED Provider Notes by Wesley L Rigot, MD at 5/6/2016  2:26 AM (continued)    Version 2 of 2

Pt with no signs of signic=ficant injury. CXR normal. Pain reproducable. Pt scheduled for dialysis today. No indication further work up. I stated to patient pain medications need to come from PCP. Pt just had inpatient treatment at Borgess and dialysed twice this week already.[WR1.1]

Wesley L Rigot, MD
05/06/16 1916
[WR1.2]

Electronically signed by Wesley L Rigot, MD on 5/6/2016  7:16 PM
Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > WR1.2 | 5/6/2016  7:16 PM | Wesley L Rigot, MD | Physician | Sign |
| WR1.1 | 5/6/2016  7:14 PM | Wesley L Rigot, MD | Physician | |
| TP1.2 | 5/6/2016  4:05 AM | Theadora Panzl, Emergency Scribe | Emergency Scribe | Sign |
| TP1.3 | 5/6/2016  4:04 AM | Theadora Panzl, Emergency Scribe | Emergency Scribe | |
| TP1.1 | 5/6/2016  2:39 AM | Theadora Panzl, Emergency Scribe | Emergency Scribe | Share |

### ED Provider Notes by Theadora Panzl, Emergency Scribe at 5/6/2016  2:26 AM    Version 1 of 2

Author: Theadora Panzl, Emergency Scribe       Service: Emergency Medicine        Author Type: Emergency Scribe
Filed: 5/6/2016  4:05 AM       Date of Service: 5/6/2016  2:26 AM       Status: Cosign Needed
Editor: Theadora Panzl, Emergency Scribe (Emergency Scribe)       Cosign Required: Yes

**EMERGENCY DEPARTMENT ENCOUNTER**
**BMH TRAUMA & EMERGENCY DEPARTMENT**
Encounter Date:[TP1.1] **5/6/2016**[TP1.2]
Date of Birth:[TP1.1] **3/24/1959**[TP1.2]

**FIRST CONTACT**[TP1.1]
First contact with patient: Now (05/06/16 0230)[TP1.2]

**CHIEF COMPLAINT**[TP1.1]
Chief Complaint
Patient presents with
- Fall
  pt sts fell getting off the bus Thursday. Right flank pain.[TP1.2]

**HPI**[TP1.1]
James Ronald Dunigan[TP1.2] is a[TP1.1] 57 y.o. male[TP1.2] who presents to ED c/o R sided chest wall pain s/p injury. Pt notes ongoing R sided chest wall since yesterday that has gradually worsened since onset. Pt states that the pain began after he accidentally fell getting off of a bus onto cement. Pt states "I am bleeding from the inside." Pt has a PMHx of hepatitis C, DM II, anemia, and end-staged renal disease currently on hemodialysis. Pt denies any recent or associated nausea, vomiting, diarrhea, fever, chills, cough, congestion, HA, neck pain or head injury.

Printed on 5/19/2016  2:03 PM

DEFENDANT'S EXHIBIT A

Page 13



| BMH TRAUMA & ED<br>601 John St<br>Kalamazoo MI 49007-5431 | DUNIGAN,JAMES RONALD<br>MRN: 0002465276<br>DOB: 3/24/1959, Sex: M<br>Adm: 5/6/2016, D/C: 5/6/2016 |
|---|---|

## ED Notes (continued)

**ED Provider Notes by Theadora Panzl, Emergency Scribe at 5/6/2016  2:26 AM (continued)**  Version 1 of 2

### REVIEW OF SYSTEMS
**Positive for:** R sided chest wall pain
**Negative for:** Nausea, Vomiting, Diarrhea, Fever, Chills, Cough, Congestion, HA, Neck pain, Head injury
All other systems reviewed and negative.

### PAST MEDICAL HISTORY[TP1.1]
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Acute coronary syndrome | 7/16/2014 |
| • Chronic kidney disease, stage IV (severe) | 05/2013 |
| • Cocaine abuse | |
| • Depression | |
| • Diastolic CHF | |
| • Drug abuse, marijuana | |
| • End stage renal disease<br>   MWF Fresenius. Noncompliance | |
| • Hematemesis | 10/13/2012 |
| • Hemiplegia of nondominant side following CVA (cerebrovascular accident) | 2014 |
| • Hepatitis | |
| • Hepatitis C | |
| • Hypertensive heart and renal disease with congestive heart failure | |
| • Intraparenchymal hemorrhage of brain | 9/12/2014 |
| • LVH (left ventricular hypertrophy) | |
| • Migraine | |
| • Persistent proteinuria | |
| • Type 2 diabetes mellitus with end-stage renal disease | 2003[TP1.2] |

### SURGICAL HISTORY[TP1.1]
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Duodenoscopy with biopsy | | 7/7/2015 |
|    Procedure: ENDO-DUODENOSCOPY BIOPSY  (EGD);  Surgeon: William W Webb, MD | | |
| • Av fistula placement | Left | 12/2015 |
| • Pilonidal cyst / sinus excision | | |
| • Insertion/replacement line-catheter | Right | 12/31/2015 |
|    Procedure: RIght internal jugular Tunneled Cath Insertion;  Surgeon: Daniel J Johnston, MD | | |
| • Vascular surgery | Left | 2/18/2016 |
|    Procedure: Left Brachial Cephalic AV Fistula;  Surgeon: Krishna M Jain, MD[TP1.2] | | |

### SOCIAL HISTORY[TP1.1]
reports that he has been smoking Cigarettes.  He has a 11.00 pack-year smoking history. He has never used smokeless tobacco. He reports that he uses illicit drugs, including Marijuana and Cocaine, about 14 times per week. He reports that he does not drink alcohol.[TP1.2]
Marital Status:[TP1.1] Single
In the last 30 days, have you traveled outside of the United States?: No

 BMH TRAUMA & ED  
601 John St  
Kalamazoo MI 49007-5431

DUNIGAN,JAMES RONALD  
MRN: 0002465276  
DOB: 3/24/1959, Sex: M  
Adm: 5/6/2016, D/C: 5/6/2016

## ED Notes (continued)

**ED Provider Notes by Theadora Panzl, Emergency Scribe at 5/6/2016 2:26 AM (continued)**   Version 1 of 2

Do you have a fever?: No[TP1.2]
I personally reviewed the past history with the patient, family, or accompanying documentation.

### ALLERGIES[TP1.1]
No Known Allergies[TP1.2]

### CURRENT MEDICATIONS
**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg by mouth once daily | | | | Historical Provider, MD |
| aspirin-acetaminophen-caffeine (EXCEDRIN MIGRAINE) 250-250-65 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Headaches | | | | Historical Provider, MD |
| diltiazem 300 MG 24 hr capsule | Take 300 mg by mouth once daily | | | | Historical Provider, MD |
| ferrous sulfate 325 (65 FE) MG tablet | Take 325 mg by mouth once daily with breakfast | | | | Historical Provider, MD |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth once daily | | | | Historical Provider, MD |
| insulin aspart (NovoLOG FLEXPEN) 100 unit/mL InPn | Inject 3-6 Units subcutaneously 3 (three) times daily before meals | | | | Historical Provider, MD |
| insulin syringe-needle U-100 1/2 mL 30 x 5/16" Syrg | by Misc.(Non-Drug; Combo Route) route | 8/26/14 | | | Ferris Alkazir, MD |
| isosorbide mononitrate (IMDUR) 60 MG 24 hr tablet | Take 60 mg by mouth once daily | | | | Historical Provider, MD |
| minoxidil (LONITEN) 2.5 MG tablet | Take 5 mg by mouth once daily | | | | Historical Provider, MD |
| omeprazole (PriLOSEC) 20 MG capsule | Take 20 mg by mouth every morning before breakfast | | | | Historical Provider, MD |
| UNABLE TO FIND MEDICATION | Sentry Tab. Instructions unable to verify. | | | | Historical Provider, MD |

### PHYSICAL EXAM
**VITAL SIGNS:**[TP1.1]
**Visit Vitals**
- BP    101/60 (BP Location: Right arm, Patient Position: Sitting)

 | BMH TRAUMA & ED<br>601 John St<br>Kalamazoo MI 49007-5431 | DUNIGAN,JAMES RONALD<br>MRN: 0002465276<br>DOB: 3/24/1959, Sex: M<br>Adm: 5/6/2016, D/C: 5/6/2016

## ED Notes (continued)

**ED Provider Notes by Theadora Panzl, Emergency Scribe at 5/6/2016  2:26 AM (continued)**     Version 1 of 2

- Pulse             90
- Temp              97.5 °F (36.4 °C) (Axillary)
- Resp              18
- Ht                1.753 m
- Wt                74.4 kg
- SpO2              98%
- BMI               24.21 kg/m2[TP1.2]

Vital signs reviewed
Triage notes reviewed

**Constitutional:** No acute distress, non-toxic appearance
**HENT:** Head atraumatic. Moist mucous membranes.
**Eyes:** Conjunctiva normal, non-icteric
**Neck:** Supple, normal ROM
**Respiratory:** No respiratory distress, normal breath sounds, no rales, no wheezing
**Cardiovascular:** Normal rate, normal rhythm, no murmurs, no gallops, no rubs
**GI:** Soft, nondistended, nontender, no mass, no rebound, no guarding ,nontender umbilical hernia notes
**Musculoskeletal**: No edema, no extremity tenderness, no deformities, tenderness to R lower ribcage. Back- no tenderness or signs of injury, no ecchymosis, no crepitus
**Skin:** Warm and dry, no rash.
**Neurologic:** Alert & oriented x 3, strength normal, no sensory deficits noted
**Psychiatric:** Speech and behavior appropriate

**RADIOLOGY/PROCEDURE**[TP1.1]
XR Ribs Right Include PA Chest
**Final Result**

1. No focal rib abnormality.
2. Mild pulmonary vascular congestion. Minimal atelectasis or edema in the right base.

Dictated by: Ryan D. Duhn MD on 5/6/2016 3:21 AM.
Electronically signed by: Ryan D. Duhn MD on 5/6/2016 3:24 AM.[TP1.2]

**0349**[TP1.3]: Pt's radiology was reviewed by Dr. Rigot and appreciated[TP1.1] no acute fracture[TP1.3].

**ED COURSE & MEDICAL DECISION MAKING**[TP1.1]
Labs Reviewed - No data to display
Medications - No data to display[TP1.2]

**Initial Treatment Plan:** Pt was initially informed of plan to order imaging to r/o any acute abnormality or fracture. Pt agreeable to orders and treatment plan at this time. Therefore, pt ordered a R ribs XR.[TP1.1]

**Re-evaluation at 0400:** Upon re-evaluation pt was informed of imaging findings and plan for further course of



| BMH TRAUMA & ED | DUNIGAN, JAMES RONALD |
| --- | --- |
| 601 John St | MRN: 0002465276 |
| Kalamazoo MI 49007-5431 | DOB: 3/24/1959, Sex: M |
| | Adm: 5/6/2016, D/C: 5/6/2016 |

## ED Notes (continued)

**ED Provider Notes by Theadora Panzl, Emergency Scribe at 5/6/2016  2:26 AM (continued)**   Version 1 of 2

Tx and d/c. Pt was agreeable to plan and d/c home.[TP1.3]

**Patient Visit Summary:** Pt presents to ED c/o R sided chest wall pain s/p injury. Pt's physical exam as described. Pt's imaging was reviewed (as described in chart).[TP1.1] XR negative for acute fracture.[TP1.3] Pt's symptoms and work-up results are c/w[TP1.1] R sided chest wall contusion[TP1.3]. Pt was advised to f/u with PCP[TP1.1] for a visit within 3 days[TP1.3]. Worrisome signs and symptoms that may develop and would require further medical evaluation and treatment were discussed with pt. Patient noted understanding and agreed with treatment plan, all questions were answered. Pt expressed understanding of DCI and was agreeable to discharge home. VSS at time of d/c.

**FINAL IMPRESSION**[TP1.1]
**New Prescriptions**
  No medications on file

Final diagnoses:
**Contusion of chest wall, right, initial encounter**[TP1.2]

THEADORA PANZL, Emergency Scribe

I, the treating Physician, state that I have reviewed the medical record and that all of the following is true:  The Chief Complaint (CC) and History of Present Illness (HPI) were personally obtained by me. I personally performed the Physical Examination (PE) and directed the documentation and generation of the Medical Decision Making (MDM), Diagnosis (Dx), Disposition and Discharge Instructions.   When not documented by me personally, the CC, HPI, PE, MDM, Dx, Disposition and Discharge Instructions were dictated by me to the ancillary staff (scribes).  Portions of the Review of Systems (ROS), Past, Family and Social History (PFSH), may be been independently obtained by ancillary staff, but have been reviewed by me for accuracy.  I have specifically noted positive responses that are documented in the ROS.  When necessary, amendments to the medical record have been made by me.[TP1.1]

Theadora Panzl, Emergency Scribe
05/06/16 0405
[TP1.2]

Electronically signed by Theadora Panzl, Emergency Scribe on 5/6/2016  4:05 AM
Revision History

| User Key | Date/Time | User | Provider Type | Action |
| --- | --- | --- | --- | --- |
| [N/A] | 5/6/2016  7:16 PM | Wesley L Rigot, MD | Physician | Sign |
| > TP1.2 | 5/6/2016  4:05 AM | Theadora Panzl, Emergency Scribe | Emergency Scribe | Sign |
| TP1.3 | 5/6/2016  4:04 AM | Theadora Panzl, Emergency Scribe | Emergency Scribe | |
| TP1.1 | 5/6/2016  2:39 AM | Theadora Panzl, Emergency Scribe | Emergency Scribe | Share |

**ED Notes by Marian S Lodes, RN at 5/6/2016  2:14 AM**   Version 1 of 1



| BMH TRAUMA & ED | DUNIGAN,JAMES RONALD |
| --- | --- |
| 601 John St | MRN: 0002465276 |
| Kalamazoo MI 49007-5431 | DOB: 3/24/1959, Sex: M |
| | Adm: 5/6/2016, D/C: 5/6/2016 |

## ED Notes (continued)

### ED Notes by Marian S Lodes, RN at 5/6/2016 2:14 AM (continued)                           Version 1 of 1

Author: Marian S Lodes, RN          Service: (none)                          Author Type: Registered Nurse
Filed: 5/6/2016 2:14 AM             Date of Service: 5/6/2016 2:14 AM        Status: Signed
Editor: Marian S Lodes, RN (Registered Nurse)

Bed: 24
Expected date: 5/6/16
Expected time:
Means of arrival:
Comments:
57yo male fall yesterday with right chest and flank pain VS "unremarkable", no LOC

Electronically signed by Marian S Lodes, RN on 5/6/2016 2:14 AM
Revision History

| User Key | Date/Time | User | Provider Type | Action |
| --- | --- | --- | --- | --- |
| > ML1.1 | 5/6/2016 2:14 AM | Marian S Lodes, RN | Registered Nurse | Sign |

## Hospital Encounter Notes

### Encounter Notes
No notes of this type exist for this encounter.



| | | |
|---|---|---|
| **BRONSON** | BMH TRAUMA & ED<br>601 John St<br>Kalamazoo MI 49007-5431 | DUNIGAN,JAMES RONALD<br>MRN: 0002465276<br>DOB: 3/24/1959, Sex: M<br>Adm: 5/6/2016, D/C: 5/6/2016 |

## Surgery Report

### Anesthesia Post-Op Notes
No notes of this type exist for this encounter.

## Imaging - Clinical Orders

### XR Ribs Right Include PA Chest [86656153]
Electronically signed by: **Wesley L Rigot, MD on 05/06/16 0234**          Status: **Completed**
Ordering user: Wesley L Rigot, MD 05/06/16 0234          Ordering provider: Wesley L Rigot, MD
Authorized by: Wesley L Rigot, MD
Frequency: Once 05/06/16 0235 - 1 Occurrences
Questions:
  Signs and Symptoms? rib injury

## Discharge - Clinical Orders

### Discharge patient [86656155]
Electronically signed by: **Wesley L Rigot, MD on 05/06/16 0403**          Status: **Discontinued**
Ordering user: Wesley L Rigot, MD 05/06/16 0403          Ordering provider: Wesley L Rigot, MD
Authorized by: Wesley L Rigot, MD
Frequency: Once 05/06/16 0404 - 1 Occurrences          Discontinued by: Automatic Discharge Provider
                                                                                   05/06/16 0629 [Discontinued at Discharge]

Questions:
  ==Condition at Discharge Stable==

## Clinical Lab Results

### Lab Results
No matching results found

### Lab Results
No matching results found

## Radiology Results

Resulted: 05/06/16 0324, Result status: Final
### XR Ribs Right Include PA Chest [86656154]                                                                                                   result
Ordering provider:   Wesley L Rigot, MD  05/06/16 0234          Resulted by:     Ryan Donsworth Duhn, MD
Performed:            05/06/16 0301 - 05/06/16 0302                    Resulting lab:    EMC RAD
Narrative:             Right EXAMINATION: Right Ribs with Frontal View Chest, Minimum Three Views
                           EXAM DATE: 5/6/2016 2:55 AM

                           TECHNIQUE: AP and oblique views of the right ribs with frontal view of the chest

                           INDICATION: rib injury
                           COMPARISON: 3/29/2016

                           ENCOUNTER: Initial
                           _____

                           FINDINGS:

                           Chest:   Right IJ catheter central venous catheter tip projects near superior cavoatrial junction.



| BMH TRAUMA & ED<br>601 John St<br>Kalamazoo MI 49007-5431 | DUNIGAN,JAMES RONALD<br>MRN: 0002465276<br>DOB: 3/24/1959, Sex: M<br>Adm: 5/6/2016, D/C: 5/6/2016 |
|---|---|

## Radiology Results (continued)

Resulted: 05/06/16 0324, Result status: Final result

**XR Ribs Right** Include PA Chest [86656154] (continued)

Stable upper normal heart size. Mild central pulmonary vascular congestion. Mild atelectasis or edema in the right lung base. No pneumothorax. Small bilateral pleural effusion.

Right ribs: There is no acute rib fracture. There is no lytic or blastic bone lesion.

Impression:

1. No focal rib abnormality.
2. Mild pulmonary vascular congestion. Minimal atelectasis or edema in the right base.

Dictated by: Ryan D. Duhn MD on 5/6/2016 3:21 AM.
Electronically signed by: Ryan D. Duhn MD on 5/6/2016 3:24 AM.

**Specimen Collection**

| Type | Source | Collected On<br>05/06/16 0255 |
|---|---|---|

Resulted: 05/06/16 0302, Result status: In process

**XR Ribs Right Include PA Chest [86656154]**

| Ordering provider: | Wesley L Rigot, MD  05/06/16 0234 | Resulted by: | Ryan Donsworth Duhn, MD |
|---|---|---|---|
| Performed: | 05/06/16 0301 - 05/06/16 0302 | Resulting lab: | RADIOLOGY |

**Specimen Collection**

| Type | Source | Collected On<br>05/06/16 0255 |
|---|---|---|

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - EMCRad | EMC RAD | Model Lab Director | 5301 Tokay Blvd.<br>Madison WI 53711 | 01/24/07 1652 - Present |
| 13 - Unknown | RADIOLOGY | Unknown | Unknown | 05/12/11 1059 - Present |

## ECG/EMG Results

**ECG/EMG Results**
No matching results found

## Cardiac Results

**All Cardiac Results**
No matching results found

Printed on 5/19/2016  2:03 PM                                                                                         Page 20



| | | |
|---|---|---|
| **BRONSON** | BMH TRAUMA & ED<br>601 John St<br>Kalamazoo MI 49007-5431 | DUNIGAN,JAMES RONALD<br>MRN: 0002465276<br>DOB: 3/24/1959, Sex: M<br>Adm: 5/6/2016, D/C: 5/6/2016 |

## All Flowsheet Data (05/06/16 0000--05/06/16 2359) (continued)

### Patient Education

| | 05/06/16 0409 |
|---|---|
| **Patient Education** | |
| Learning needs / teaching done: | Discharge Teaching -DW |
| Disposition Teaching done: | Followup plan -DW |
| Teaching method | Explanation -DW |
| Individual taught | Patient -DW |
| Readiness to learn | Attentive -DW |
| Patient response to teaching | Verbalizes understanding -DW |

### Focused Assessment

| | 05/06/16 02:48:53 | 05/06/16 02:26:06 | 05/06/16 02:24:58 | 05/06/16 0221 | 05/06/16 0219 |
|---|---|---|---|---|---|
| **Airway** | | | | | |
| Airway (WDL) | | | | WDL -AK | |
| **Breathing** | | | | | |
| Breathing (WDL) | | | | WDL -AK | |
| Respiratory Pattern | | Regular -AK | | | |
| L Breath Sounds | | Clear -AK | | | |
| R Breath Sounds | | Clear -AK | | | |
| SpO2 | 98 % -AK | | | | 98 % -AK |
| **Circulation** | | | | | |
| Circulation (WDL) | | | | WDL -AK | |
| **Disability** | | | | | |
| Disability (WDL) | | | | WDL -AK | |
| **Glasgow Coma Scale** | | | | | |
| Eye Opening | | | 4 -AK | 4 -AK | |
| Best Verbal Response | | | 5 -AK | 5 -AK | |
| Best Motor Response | | | 6 -AK | 6 -AK | |
| Glasgow Coma Scale Score | | | 15 -AK | 15 -AK | |

### Neurological

| | 05/06/16 02:24:58 | 05/06/16 0221 |
|---|---|---|
| **Neurological** | | |
| Neuro (WDL) | X -AK | |
| Neuro symptoms | Dizziness<br>pt sts "lost my balance getting off the bus, I just didn't feel right" | |

Printed on 5/19/2016  2:03 PM                                                                 Page 29

 BMH TRAUMA & ED
601 John St
Kalamazoo MI 49007-5431

DUNIGAN,JAMES RONALD
MRN: 0002465276
DOB: 3/24/1959, Sex: M
Adm: 5/6/2016, D/C: 5/6/2016

## All Flowsheet Data (05/06/16 0000--05/06/16 2359) (continued)

### Neurological (continued)

| | 05/06/16 02:24:58 -AK | 05/06/16 0221 |
|---|---|---|
| Cognition | Appropriate for developmental age -AK | |
| Orientation Level | Appropriate for developmental age -AK | |
| Speech | Clear -AK | |

**Glasgow Coma Scale**

| | | |
|---|---|---|
| Eye Opening | 4 -AK | 4 -AK |
| Best Verbal Response | 5 -AK | 5 -AK |
| Best Motor Response | 6 -AK | 6 -AK |
| Glasgow Coma Scale Score | 15 -AK | 15 -AK |

**Headache**

| | | |
|---|---|---|
| Headache present | No -AK | |

**Syncope / Near Syncope**

| | | |
|---|---|---|
| Syncope complaints? | No -AK | |

**Seizures**

| | | |
|---|---|---|
| Seizure complaints? | No -AK | |

### Respiratory

| | 05/06/16 02:48:53 | 05/06/16 02:26:06 | 05/06/16 0219 |
|---|---|---|---|
| **Respiratory** | | | |
| Bilateral Bases | | Clear -AK | |
| L Breath Sounds | | Clear -AK | |
| R Breath Sounds | | Clear -AK | |
| Respiratory Pattern | | Regular -AK | |
| Chest Assessment | | Chest expansion symmetrical -AK | |
| O2 Device | None (Room air) -AK | None (Room air) -AK | None (Room air) -AK |

### Gastrointestinal

| | 05/06/16 02:28:27 | 05/06/16 02:27:43 |
|---|---|---|
| **Abdominal** | | |
| Gastrointestinal (WDL) | | X -AK |
| GI Symptoms | | Pain -AK |
| **Flank pain** | | |
| Present? | Yes fall on right side -AK | Yes -AK |

Printed on 5/19/2016 2:03 PM                                              Page 30