# In The Matter Of:

*Dunigan vs.*
*Bronson Methodist Hospital*

---

*Nolan Cattell*
*June 2, 2017*

---



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

A U.S. Legal Support Company

**Bingham Farms/Southfield • Grand Rapids**
Detroit • Ann Arbor • Flint • Lansing • Jackson • Mt. Clemens • Saginaw • Troy

*Original File CATTELL_NOLAN.txt*
*Min-U-Script® with Word Index*



DEFENDANT'S EXHIBIT D

Dunigan vs.
Bronson Methodist Hospital

Nolan Cattell
June 2, 2017

Page 17

1  A.  Just one of our jobs is making sure people aren't
2  hanging out in the ER waiting rooms after they're
3  discharged for too long, and that's when we noticed.
4  Q.  Noticed what?
5  A.  That he was sitting in the waiting room, and we
6  checked the camera back to see if he'd been sitting
7  there for a long time.
8  Q.  So you did what?
9  A.  Replayed the camera.
10 Q.  And then what?
11 A.  And then we -- I believe it was Chuck made contact
12 with him.
13 Q.  Did you radio for anybody to make contact with him?
14 A.  No, we were all in the office. Everyone involved was
15 in the office.
16 Q.  But was there something that -- I mean, did you ever
17 leave the office and put your eyes on him?
18 A.  I stepped outside the door, yes.
19 Q.  Okay. And at the time you stepped outside the door,
20 that was around 5:30, 5:45 a.m., on May 6, 2016,
21 correct?
22 A.  I believe so, yes.
23 Q.  And when you stepped outside, put your eyes on him,
24 was anybody addressing him at that time?
25 A.  The officer, or the police officer and two of our

Page 18

1  security officers.
2  Q.  Police officer being Officer Knauf?
3  A.  Nugent.
4  Q.  Nugent. And who were the security officers that were
5  addressing him?
6  A.  Zack Rickli and Chuck Shoemaker.
7  Q.  And Rickli is spelled R-I-C-K-L-I?
8  A.  Correct.
9  Q.  Shoemaker, S-H-O-E-M-A-K-E-R?
10 A.  I believe so, yes.
11 Q.  Why was it that you stepped out of the security
12 office?
13 A.  Well, like I said, we've had incidents in the past
14 where the person in the office has had to leave to
15 help. So I was just making sure that they didn't need
16 my help.
17 Q.  And how long did you stay outside of the office?
18 A.  It's been a long time, but probably a minute; thirty,
19 sixty seconds.
20 Q.  Was there anything that was concerning to you with
21 regard to the interaction between the officers and
22 Mr. Dunigan at the time you stepped out of the office?
23 A.  No.
24 Q.  Just keeping an eye on things?
25 A.  Yup.

Page 19

1  Q.  Did you ever hear with your own ears Mr. Dunigan say
2  any words?
3  A.  No. I was too far away. He was speaking too low.
4  Q.  But could you hear him saying anything, or it was just
5  too far away?
6  A.  It was just too far away.
7  Q.  After you determined that things were under control,
8  did you go back into the office?
9  A.  Yes.
10 Q.  And continued your job duties?
11 A.  Yes.
12 Q.  Who else was monitoring the computer monitors -- well,
13 let me rephrase.
14     Who else was monitoring the CC TV screens?
15 A.  I was in there by myself.
16 Q.  How many different cameras, I guess, are there on
17 campus?
18 A.  300.
19 Q.  How do you monitor 300 cameras?
20 A.  We have our main cameras up on the -- we have four TVs
21 like that, or like this, that have all of our main
22 cameras, probably about fifty to a hundred of them. I
23 don't know the exact number, but ...
24     And then whenever we need to pull up a
25 special camera, we pull it up.

Page 20

1  Q.  And what you pointed at were just normal, regular
2  flat-screen TVs?
3  A.  Yes.
4  Q.  And those TVs are divided into multiple camera views?
5  A.  Correct.
6  Q.  And how many TVs are in the office?
7  A.  Four.
8  Q.  And how many camera views are on each TV?
9  A.  Each one's a little different, but in between 20 and
10 25 cameras.
11 Q.  Is it difficult to monitor every single camera view --
12 A.  No.
13 Q.  -- at a particular time?
14 A.  No.
15 Q.  What are you looking for?
16 A.  Anything out of the ordinary.
17 Q.  So if there's 300 different cameras and there's only
18 four TVs and each one has 20 to 25 different camera
19 views, not all cameras are being played at the same
20 time, is that correct?
21 A.  That's correct.
22 Q.  Is there an automatic rotation, like every few seconds
23 it switches over?
24 A.  No. There's an option for it, but we don't use it.
25 Q.  So what do you do in your practice to make sure that