# In the Matter Of:

## DUNIGAN vs BRONSON METHODIST HOSPITAL, ET AL.

## ROBERT STARK, M.D.

March 02, 2018

*Prepared for you by*



USLEGAL SUPPORT

The Power of Commitment™

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw • Troy



DEFENDANT'S
EXHIBIT

STARK, M.D., ROBERT
03/02/2018                                                                Pages 53—56

Page 53

1    pressure.
2    Q.   And I can't recall if you didn't see it.  You were
3         aware that they rechecked the pulse and it was at 90?
4    A.   Yes.
5    Q.   That wouldn't indicate any instability, true?
6    A.   No.
7    Q.   So are you aware of any evidence indicating that he
8         was unstable at the time of discharge?
9    A.   No.
10   Q.   Are you aware of any evidence indicating than that
11        Mr. Dunigan was treated any differently than any other
12        patient who might have presented to Bronson with the
13        same symptoms and history?
14   A.   I think he was, and the evidence is that he was given
15        short shrift compared to other people who had come in
16        with a fall and dizziness.  He wasn't given a simple
17        electrocardiogram, where other patients would have
18        received one.  And in escorting him out of that
19        hospital, the staff were mocking him and provoking
20        him, which is highly unusual for ER patients.  I do
21        think he was treated differently.
22   Q.   Have you seen records or any evidence about how other
23        patients are treated at Bronson?
24   A.   No, none.
25   Q.   You don't know of anybody else who may have presented

Page 54

1         with the same or similar symptoms who were treated any
2         differently than Mr. Dunigan was, true?
3    A.   I know that humane standards and medical standards in
4         Kalamazoo, Michigan are the same or similar to other
5         communities including mine in Greenwich, Connecticut.
6         These medical treatments and interpersonal
7         interactions were far different than what anyone would
8         see in any community.
9    Q.   Are you aware of any evidence indicating that
10        Mr. Dunigan was treated differently because of his
11        age, sex, race, socioeconomic status, religion or any
12        other improper reason?
13   A.   I think he was.  The hard evidence that you asked for
14        is just the indication of his past medical history
15        that's part of the ER chart that he had used drugs,
16        that his race was African-American, that he may be
17        homeless, these are the indicators that I think
18        underlie the treatment that he got.
19   Q.   Those are characteristics he had.
20             What evidence, if any, are you aware of
21        that those factors entered into his treatment
22        decisions or any decisions by Bronson?
23   A.   I can't see into the brains of the staff who
24        interacted with him, but those indicators were present
25        and the treatment that he got was markedly different

Page 55

1         than what people get in any community.
2    Q.   And even though you may believe that, you can't say
3         that the reason he got the treatment he got was
4         because of any of his characteristics or his financial
5         standing?
6    A.   I can't prove it.
7    Q.   And you can't point to any evidence which would
8         support it, true?
9    A.   When the staff say "Act like a grown up ass man.  Are
10        you fucking stupid," that's evidence that the
11        treatment is from how they are disposed to him as a
12        human being.
13   Q.   As far as treatment in the Emergency Department as
14        opposed to after he went to the waiting room, are you
15        aware of any improper motive for the way he was
16        treated and assessed?
17   A.   Just, just what I've described, his profile.
18   Q.   Are you able to offer -- I don't see anything in your
19        report about EMTALA.  Are you going to claim that
20        there is some EMTALA violation in this case?
21   A.   Yes.  If asked, yes.  My report was based on his
22        medical treatment and how it impacted him.
23   Q.   Has anybody advised you that this is not a medical
24        malpractice claim?
25   A.   Recently, yes.

Page 56

1    Q.   So back when you did your report, nobody told you that
2         this was an EMTALA case?
3    A.   I don't believe so, no.
4    Q.   Did you offer any opinion as to whether there were any
5         EMTALA violations?
6    A.   In talking with the -- I don't recall.
7    Q.   Are you familiar with EMTALA?
8    A.   Yes, I am.
9    Q.   What's your understanding of what EMTALA requires?
10   A.   Requires to provide emergency medical care and labor
11        and delivery care without discrimination on religion,
12        economic status, racial background, things like that.
13   Q.   Do you know what the statute says?
14   A.   No.
15   Q.   Do you know whether EMTALA requires that the providers
16        actually recognize and perceive that the patient has
17        an emergency medical condition?
18   A.   I'm aware that this applies to emergency conditions.
19        Not being a lawyer, I don't know what the statute
20        specifically says.
21   Q.   Would it be fair to say then that you don't know if
22        there was an EMTALA violation in this case?
23   A.   Oh, I know there was an EMTALA violation in that they
24        sent this individual out without stabilizing him or
25        doing appropriate workup.

STARK, M.D., ROBERT
03/02/2018

Pages 73–76

Page 73

| | |
|---|---|
| 1 | car, would you agree that you have no information |
| 2 | indicating that any Bronson person ever observed that |
| 3 | event? |
| 4 | A. Yes. If it occurred in the police car, then the |
| 5 | Bronson staff didn't observe that event. They still |
| 6 | observed the buckling of his legs and inability to |
| 7 | walk in the waiting room. |
| 8 | Q. Which you indicated you could not determine whether |
| 9 | that was voluntary or involuntary? |
| 10 | A. That is correct. No way to determine that. |
| 11 | Q. Are you aware of any indication that any Bronson |
| 12 | employee ever observed Mr. Dunigan being short of |
| 13 | breath or complaining of shortness of breath? |
| 14 | A. No, I don't believe so. |
| 15 | Q. Do you have any opinion as to Mr. Dunigan's life |
| 16 | expectancy if he had survived this evening, or this |
| 17 | morning? |
| 18 | A. I haven't been asked, but I do. |
| 19 | Q. What would that be? |
| 20 | A. He was 57 years old, and I honestly would estimate 67 |
| 21 | or something like that. |
| 22 | Q. On what basis? |
| 23 | A. His medical condition, his lifestyle, his living |
| 24 | conditions. He could not have lived into the 80s like |
| 25 | one of the medical experts estimated. |

Page 74

| | |
|---|---|
| 1 | Q. Do you know the average life expectancy of a patient |
| 2 | in end stage renal disease on dialysis? |
| 3 | A. I think it's six to eight years. |
| 4 | Q. What do you base that on? |
| 5 | A. Just my reading. |
| 6 | Q. Mr. Dunigan was a patient with end stage renal disease |
| 7 | on dialysis, true? |
| 8 | A. Yes, he was. |
| 9 | Q. Is that life expectancy shortened if the patient is |
| 10 | noncompliant with dialysis? |
| 11 | A. If noncompliant, yes. |
| 12 | Q. Do you believe Mr. Dunigan had any responsibility for |
| 13 | his own well-being? |
| 14 | A. Yes. |
| 15 | MR. HARRINGTON: Objection to form and |
| 16 | foundation. |
| 17 | BY MR. O'LOUGHLIN: |
| 18 | Q. If he was having a medical or physical problem, would |
| 19 | you expect him to tell people about that if he wanted |
| 20 | help? |
| 21 | A. Yes. |
| 22 | Q. Are you aware of any indication that Mr. Dunigan ever |
| 23 | indicated that he wanted help or medical attention |
| 24 | after the time he left the Emergency Department and |
| 25 | went to the waiting room? |

Page 75

| | |
|---|---|
| 1 | A. There's no indication in the records that we have. |
| 2 | Q. In your opinion, is losing one's balance an indication |
| 3 | necessarily of a medical problem? |
| 4 | A. It could be, yes. |
| 5 | Q. Is it always? |
| 6 | A. No. |
| 7 | Q. If I'm attempting to walk along a curb, I may lose my |
| 8 | balance and fall off the curb into the street or onto |
| 9 | the sidewalk without any medical condition causing |
| 10 | that, true? |
| 11 | A. That's right. |
| 12 | Q. And if I have hemiparesis due to a past stroke and |
| 13 | need a cane to ambulate and I'm getting off a bus, I |
| 14 | can fall and lose my balance without any medical |
| 15 | problem, true? |
| 16 | A. That's possible due to weakness of one leg, but this |
| 17 | patient specifically said that he was dizzy. He |
| 18 | became dizzy and didn't feel himself. |
| 19 | Q. And was it your understanding that that was a |
| 20 | historical complaint? In other words, he was |
| 21 | describing what happened at the time of the fall? |
| 22 | A. Yes. |
| 23 | Q. And again, I can't recall if you saw the EMS records |
| 24 | or not. You did indicate you were aware of the blood |
| 25 | sugar test by EMS? |

Page 76

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. Do you know where you got that information? |
| 3 | A. Right. |
| 4 | Q. Do you know where you got that information? |
| 5 | A. I actually got to see that EMS this morning as part of |
| 6 | the deposition earlier, so we have it here in the |
| 7 | room. |
| 8 | Q. From that, the EMS report, did you note that |
| 9 | Mr. Dunigan's breathing at the time EMS saw him was |
| 10 | normal, unlabored and clear? |
| 11 | A. Yes. |
| 12 | Q. Were you aware from that report that he ambulated with |
| 13 | assistance to the stretcher? |
| 14 | A. No, but I wouldn't be surprised. |
| 15 | Q. Did you find anything abnormal about his vital signs |
| 16 | as they were taken by the EMS personnel? |
| 17 | A. I just need to locate that sheet. All those vital |
| 18 | signs were normal except his blood pressure was on the |
| 19 | low side. |
| 20 | Q. Low end of normal? |
| 21 | A. Yes, and very low for this individual. |
| 22 | Q. And did you note that EMS found him to have no |
| 23 | complaints of chest pain, shortness of breath, nausea, |
| 24 | vomiting, weakness, dizziness, numbness or tingling? |
| 25 | A. Where, where was that in the EMS report? |

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy