UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDA DUNIGAN, as Personal Representative
for the ESTATE OF JAMES DUNIGAN, Deceased,

    Plaintiff,

v

BRONSON METHODIST HOSPITAL,

    Defendant.

Case No. 1:16-CV-01324
Hon. Janet T. Neff
Mag. Judge Ellen S. Carmody

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | JOHN C. O'LOUGHLIN (P33343) |
| JAMES J. HARRINGTON, IV (P65351) | Smith, Haughey, Rice & Roegge |
| Fieger, Fieger, Kenney & Harrington, P.C. | Attorney for Defendant, Bronson |
| Attorneys for Plaintiff | 100 Monroe Center NW |
| 19390 West 10 Mile Road | Grand Rapids, MI 49503 |
| Southfield, MI 48075 | (616) 774-8000 |
| (248) 355-5555 | |

---

## PLAINTIFF'S (CORRECTED) EXHIBIT LIST

Exhibit 1    Hospital Surveillance videos, along with execution file with proprietary software (filed with the Court in traditional manner)

There are two discs attached as a part of this exhibit, one with an execution file containing proprietary software and the other with the actual video footage. In order to play the videos, the proprietary software must first be installed on a computer. After the software is installed, the videos on the second disk can be viewed.

Exhibit 2    Police Cruiser video (filed with the Court in traditional manner)

Exhibit 3    Deposition of Charles Shoemaker

Exhibit 4    Deposition of Dr. Robert Stark

Exhibit 5    Deposition of Dr. Charles Landers

Exhibit 6     Deposition of Dr. Saul Levine

Exhibit 7     Autopsy Report

Exhibit 8     Deposition of Dr. Werner Spitz