Approved, SCAO   JIS CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF KALAMAZOO | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>20161055DE |

Estate of James R. Dunigan, Deceased

TO:
Name and address
GORDA DUNIGAN
1614 Frances SE
Grand Rapids, MI 49507

Telephone no.
(616) 238-6639

You have been appointed and qualified as personal representative of the estate on **Sept. 6, 2016**. You are authorized to perform all acts authorized by law unless exceptions are specified below.
Date

☐ Your authority is limited in the following way:
  ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
  ☐ Other restrictions or limitations are:

☐ These letters expire: **n/a**.
Date

September 6, 2016
Date

*/s/ Mary Haskamp/*
MARY HASKAMP, CHIEF DEPUTY REGISTER

SEE NOTICE OF DUTIES ON SECOND PAGE

| Howard T. Linden | P25438 |
|---|---|
| Attorney name (type or print) | Bar no. |
| 3000 Town Center, Suite 2200 | |
| Address | |
| Southfield, MI 48075 | (248) 358-4545 |
| City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

Sept. 6, 2016
Date

*/s/ Andrea Ruty/*
Deputy register

Do not write below this line - For court use only

FILED
SEP 6 2016
KALAMAZOO COUNTY
PROBATE COURT

EXHIBIT 1

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE    MCL 700.3103, MCL
MCR 5.202, MCR 5.20