Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## WAIVER/CONSENT

Re:   Estate of James Dunigan, Deceased

1. I am interested in the Estate as the sister of James Dunigan, Deceased.

2. I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3. I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▉▉▉▉ from the ▉▉▉▉ settlement.

Dated:

_____
Signature –Gorda Dunigan
Sister of James Dunigan, Deceased
Personal Representative

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT                           MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652394.DOCX}



Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## **WAIVER/CONSENT**

Re:     Estate of James Dunigan, Deceased

1. I am interested in the Estate as the father of James Dunigan, Deceased.

2. I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3. I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▆▆▆▆ from the ▆▆▆▆ settlement.

Dated:

_____
Signature –James Dunigan
Father of James Dunigan, Deceased

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT               MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652398.DOCX}

Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## WAIVER/CONSENT

Re:   Estate of James Dunigan, Deceased

1. I am interested in the Estate as the brother of James Dunigan, Deceased.

2. I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3. I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▮▮▮▮ from the ▮▮▮▮ settlement.

Dated:

_____
Signature –Anthony Dunigan
Brother of James Dunigan, Deceased

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT                          MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652362.DOCX}

Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## **WAIVER/CONSENT**

Re:   Estate of James Dunigan, Deceased

1. I am interested in the Estate as the brother of James Dunigan, Deceased.

2. I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3. I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▮▮▮▮▮ from the ▮▮▮▮▮ settlement.

Dated:

_____
Signature –Steven Dunigan
Brother of James Dunigan, Deceased

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT                    MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652396.DOCX}

Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# WAIVER/CONSENT

Re:   Estate of James Dunigan, Deceased

1.   I am interested in the Estate as the brother of James Dunigan, Deceased.

2.   I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3.   I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▮▮▮▮▮ from the ▮▮▮▮▮ settlement.

Dated:

_____
Signature –Robert Dunigan
Brother of James Dunigan, Deceased

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT                    MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652447.DOCX}

Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## WAIVER/CONSENT

Re:   Estate of James Dunigan, Deceased

1. I am interested in the Estate as the brother of James Dunigan, Deceased.

2. I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3. I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▮▮▮▮ from the ▮▮▮▮ settlement.

Dated:

_____
Signature –Quincy Lamar Dunigan
Brother of James Dunigan, Deceased

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT           MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652295.DOCX}

Approved, SCAO

OSM CODE: WAC

Case No. 1:16-cv-01324

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## **WAIVER/CONSENT**

Re:   Estate of James Dunigan, Deceased

1.   I am interested in the Estate as the brother of James Dunigan, Deceased.

2.   I declare that I have received a copy of the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, and I consent to the proposed distribution set forth in said Motion.

3.   I waive my right to be heard on at the hearing for the Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds, the hearing which will be set by the Court, and consent to the distribution of ▒▒▒▒▒ from the ▒▒▒▒▒ settlement.

Dated:

_____
Signature –Auturia Dunigan
Brother of James Dunigan, Deceased

JAMES J. HARRINGTON, IV (65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Estate of James Dunigan, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075-2463
(248) 355-5555
FILE:  16754

DO NOT WRITE BELOW THIS LINE - FOR COURT USE

PC05 (9/92) WAIVER/CONSENT                    MCL 700.34; MSA 27.5034, MCR 5.104(B)

(G12874)

{00652446.DOCX}