UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDA DUNIGAN, as Personal Representative
for the Estate of JAMES DUNIGAN, Deceased,

    Plaintiff,

v

BRONSON METHODIST HOSPITAL,

    Defendant.

Case No. 1:16-CV-01324
Hon. Janet T. Neff
Mag. Judge Ellen S. Carmody

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | JOHN C. O'LOUGHLIN (P33343) |
| JAMES J. HARRINGTON, IV (P65351) | Smith, Haughey, Rice & Roegge |
| Fieger, Fieger, Kenney & Harrington, P.C. | Attorney for Defendant, Bronson |
| Attorneys for Plaintiff | 100 Monroe Center NW |
| 19390 West 10 Mile Road | Grand Rapids, MI 49503 |
| Southfield, MI 48075 | (616) 774-8000 |
| (248) 355-5555 | |

---

## ORDER GRANTING CONFIDENTIAL PLAINTIFF'S MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT PROCEEDS AND DISTRIBUTION OF PROCEEDS

At a session of said Court held in the
City of Grand Rapids, County of Kent, State of Michigan
On:_____, 2018

PRESENT: HON. _____
                        US DISTRICT COURT JUDGE

This matter having come before the Court on Plaintiff's Confidential Motion to Approve Settlement Proceeds and Distribution of Settlement Proceeds to the Estate of James Dunigan, Deceased, and the Court being otherwise fully advised on the premise;

IT IS HEREBY ORDERED that the Plaintiff's Confidential Motion to Approve Settlement and Distribution of Settlement Proceeds in the amount of ▇▇▇▇▇▇

{00652429.DOC}



EXHIBIT 3

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ is granted, as it is in the best interest of all parties.

IT IS FURTHER ORDERED that the settlement proceeds of ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ shall be distributed in the following manner:

a. [2] ▆▆▆▆ payable to Fieger, Fieger, Kenney and Harrington, P.C., said sum representing reimbursement for attorney costs expended in this matter;

b. ▆▆▆▆ payable to Fieger, Fieger, Kenney and Harrington, P.C., said sum representing attorney fees payable pursuant to the contingency fee and agreement between Fieger, Fieger, Kenney and Harrington, P.C. and Plaintiff.

c. ▆▆▆▆ payable to the Law Offices of Howard Linden, P.C., for their portion of attorney work done for the probate estate;

d. The balance of the net proceeds of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ will be distributed to the Estate of James Dunigan, Deceased, for conscious pain and suffering, as follows:

    **viii.** **Gorda Dunigan** (Sister/PR)..................................$▆▆▆

    ix. **James Dunigan** (Father)...............................$▆▆▆

    x. **Anthony Dunigan** (Brother)...............................$▆▆▆

---

[2] ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

{00652429.DOC}

    xi. **Steven Dunigan** (Brother)………………..………….. $▮

    xii. **Robert Dunigan** (Brother)………………...………… $▮

    xiii. **Quincy Lamar Dunigan** (Brother)…….….……….. $▮

    xiv. **Auturia Dunigan** (Brother)…………...……………. $▮

IT IS FURTHER ORDERED that no monies be awarded to the Estate on the account of conscious pain and suffering.

IT IS FURTHER ORDERED that all reasonable funeral and burial expenses have been paid in full.

IT IS SO ORDERED.

This is the final Order and closes the case.

 

_____

HONORABLE ELLEN S. CARMODY

{00652429.DOC}